**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| GARTH LANSAW & DEBORAH LANSAW, | : No. 263 WAL 2017 |
| Petitioners | : |
| v. | : Petition for Allowance of Appeal from<br>: the Order of the Superior Court |
| FRANK ZOKAITES D/B/A ZOKAITES<br>CONTRACTING, INC., D/B/A ZOKAITES<br>PROPERTIES, L.P., ZOKAITES<br>CONTRACTING, INC., D/B/A ZOKAITES<br>PROPERTIES, L.P.; ZOKAITES<br>PROPERTIES, L.P. D/B/A ZOKAITES<br>CONTRACTING, INC., JEFFREY<br>HULTON, ESQUIRE F/D/B/A BRANDT,<br>MILNES & REA, P.C.; AND BRANDT,<br>MILNES & REA, P.C., | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of December, 2017, the Petition for Allowance of Appeal

and Application for Stay are **DENIED**.